

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00325-CV

———————————————

SHERI BUMGARDNER, SSB DESIGNS, INC., MANCHESTER DEVELOPMENT, LLC AND 2CB BUILDERS, LLC, Appellants

V.

JULIE CRIMMINS, NICHOLAS CRIMMINS, 2CB PROPERTY GROUP, INC., C2 DEVELOPMENT GROUP, LLC, NB ELITE REALTY, LLC, AND NEBOJSA BANDOVIC, Appellees

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-303294-18

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellees' "Joint Motion to Render Judgment of Dismissal Pursuant to Tex. R. App. P. 42.1(A)(2)(A)." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

Per Curiam

Delivered:  January 30, 2025